IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SKYLAR BRITTON DYE
ADC #146794                                                                    PETITIONER

v.                              No. 5:16-cv-281-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                              RESPONDENT

### ORDER

Unopposed recommendation, № 10, adopted as modified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Dye's conditions of confinement claim will be dismissed without prejudice to Dye's bringing the claim in a § 1983 action. But Dye's remaining claims will be dismissed with prejudice because they are time-barred. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 January 2017