IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SKYLAR BRITTON DYE
ADC #146794                                                           PETITIONER

v.                        No. 5:16-cv-281-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                     RESPONDENT

## JUDGMENT

1. Dye's conditions of confinement claim is dismissed without prejudice.

2. Dye's remaining claims are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2017